# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARTHA L. WARD,**
Appellant,

v.

**HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-1,**
Appellee.

No. 4D20-890

[July 29, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Elizabeth A. Metzger, Judge; L.T. Case No. 56-2018-CA-000691.

Kendrick Almaguer, Connor Furlong and Shaina Van Mehren of The Ticktin Law Group, Deerfield Beach, for appellant.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE E., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***